252 So.2d 436

**STATE of Louisiana**

v.

**Richard FALLIN.**

No. 51696.

Sept. 21, 1971.

In re: Richard Fallin applying for writs of certiorari, mandamus and prohibition.

Writ denied. The showing made does not warrant the exercise of our supervisory jurisdiction.

BARHAM, J. does not participate.

252 So.2d 436

**STATE of Louisiana ex rel. Joe Bob PATTERSON**

v.

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.**

No. 51703.

Sept. 21, 1971.

In re: Joe Bob Patterson applying for certiorari, mandamus, prohibition and habeas corpus.

Writ refused. The showing made is insufficient to warrant the exercise of our supervisory or original jurisdiction.

BARHAM, J., is of the opinion the writ should be granted. See dissent in State ex rel. Thompson v. Henderson, 258 La. 548, 246 So.2d 859.

DIXON, J., dissents from refusal. Boykin requires the record of the conviction disclose intelligent and informal waiver of constitutional rights. If Boykin had been followed in this case, the evidentiary hearing would not have been necessary.